

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

| ATTORNEYS | PARALEGALS |
|---|---|
| JUSTIN M. REILLY, ESQ. | ROSA COLLINS |
| KEITH E. WILLIAMS, ESQ. | CATALINA ROMAN |
| VICTORIA SPAGNOLO, ESQ. | |

**Via: EDNY ECF**                                                                                      **April 30, 2025**

Honorable Judge Lara K. Eshkenazi
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Tel: 718-613-2210

      **Re:** *Perez, et al. v. SG 80 LLC, et al.*; **24-cv-06861-KAM-LKE**

Dear Hon. Judge Eshkenazi,

      My office represents Plaintiffs in the above-referenced FLSA action. I write this letter jointly with defense counsel to respectfully request an extension of time to complete mediation. This is the Parties' second such request.

      The Parties and mediator, Joseph DiBenedetto, scheduled the mediation for April 22, 2025. However, on the day prior to the scheduled mediation session, Mr. DiBenedetto informed the Parties that there was a scheduling conflict. The Parties are now in the process of coordinating a new date and time for the mediation session.

      Accordingly, the Parties respectfully request a brief extension of the deadline to complete mediation from April 30, 2025 to June 30, 2025. The Parties intend to file a status report one (1) week after the completion of the mediation session. Thank you for your time and attention to this request.

      Respectfully submitted,

      */s/ Victoria Spagnolo*
      Victoria Spagnolo, Esq.

cc: all counsel of record via ECF and email.